UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY KAE JENSEN,<br><br>Defendant. | 4:20-CR-40082-KES<br><br>ORDER GRANTING CONTINUANCE |

Plaintiff, the United States of America, moves for a 30-day continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because the government plans to present a superseding indictment to the grand jury in order to correct the language in the charging document so that it reflects the language in the relevant statute. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | August 24, 2021 |
| Other motions | August 31, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | August 31, 2021 |
| Plea agreement or petition to plead and statement of factual basis | August 31, 2021 |

| Notify court of status of case | August 31, 2021 |
| --- | --- |
| Motions in limine | September 7, 2021 |
| Proposed jury instructions due | September 7, 2021 |
| Jury trial | Tuesday, September 14, 2021, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated July 28, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE